AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Finnegan, Sheila M. | 2. Court or Organization<br><br>District Court - Northern District of Illinois | 3. Date of Report<br><br>08/10/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (FT)_ | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

219 S. Dearborn Street
Room 2206
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | Northwestern University Law School |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 08/10/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Northwestern Law School | $4,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Securitas and Titan Security (salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 08/10/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Templeton Growth Fund-A (TEPLX) | A | Dividend | | | Sold | 02/11/14 | K | E | |
| 2. New England Life Ins. Variable Life - SF (MetLife Stk Index) | B | Int./Div. | K | T | | | | | |
| 3. Everbank Checking | A | Interest | J | T | | | | | |
| 4. U.S. Employee Credit Union Checking and Saving | A | Interest | J | T | | | | | |
| 5. Iconix Brand Group, Inc. (ICON) | | None | J | T | | | | | |
| 6. Brokerage Account 1 (Fidelity) | | | | | | | | | |
| 7. -Fidelity Municipal Money Market | C | Interest | L | T | | | | | |
| 8. -FL State Dept Gen Svcs Bond 9/1/2014 | A | Interest | | | Sold | 02/05/14 | K | A | |
| 9. -U.S. Treas Nts TIPS 4/15/2014 | A | Interest | | | Redeemed | 04/15/14 | K | A | |
| 10. -Merck & Co.(formerly Schering Plough) | A | Dividend | J | T | | | | | |
| 11. -VEU (Vanguaard Intl Equity Index Fd FTSE All World Ex US) | A | Int./Div. | M | T | Sold | 02/11/14 | J | A | |
| 12. | | | | | Buy | 10/15/14 | L | | |
| 13. | | | | | Buy (add'l) | 10/16/14 | L | | |
| 14. -VTI (Vanguard Index Total Stk Mkt ETF) | B | Int./Div. | O | T | Buy (add'l) | 02/14/14 | K | | |
| 15. | | | | | Buy (add'l) | 02/19/14 | L | | |
| 16. | | | | | Buy (add'l) | 02/21/14 | L | | |
| 17. | | | | | Buy (add'l) | 02/25/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 03/03/14 | L | | |
| 19. --VXUS (Vanguard Star FD Total Intl Stock Index Fd) | A | Int./Div. | L | T | Buy | 02/11/14 | L | | |
| 20. | | | | | Buy (add'l) | 02/19/14 | L | | |
| 21. | | | | | Buy (add'l) | 02/21/14 | L | | |
| 22. | | | | | Buy (add'l) | 02/25/14 | L | | |
| 23. | | | | | Buy (add'l) | 03/03/14 | K | | |
| 24. | | | | | Sold (part) | 10/15/14 | N | A | |
| 25. | | | | | Sold (part) | 12/11/14 | L | A | |
| 26. --FSEVX (Spartan Extended Mkt Index Fid Adv Class) | A | Int./Div. | K | T | Buy | 02/11/14 | J | | |
| 27. -SPY (SPDR S&P 500 ETF) | A | Int./Div. | L | T | | | | | |
| 28. Brokerage Acct 2 (UBS- 08 to Fidelity ) | | | | | | | | | |
| 29. -RMA Money Mkt Portfolio | A | Dividend | K | T | | | | | |
| 30. -Charlottesville Va Bond 7/15/15 | A | Interest | | | Sold | 02/05/14 | J | A | |
| 31. -Charleston Cnty SC BE/R 4.250 110115 dtd 050206 | B | Interest | K | T | | | | | |
| 32. -New York NY Fiscal Ser Bond Mand Sink Fnd 10/15/16 | B | Interest | | | Sold | 02/05/14 | K | A | |
| 33. -Chicago IL Wstwtr Transm Rev Ser B FGIC 010117 Dtd 112106 | B | Interest | K | T | | | | | |
| 34. -Denton Texas Util Sys Rev FSA B/E /R 5.000 120117 DTD 0515 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Georgia State Ser V /R/5.000 070116 Dtd 070198 | B | Interest | | | Sold | 02/05/14 | K | A | |
| 36. -Western Minn Mun Pwr Agy Ser B Rev NPFG B/E /R/5.000 010115 | B | Interest | | | Sold | 02/05/14 | K | A | |
| 37. -Humble Tx Indpt Sch Bond 2/15/19 | B | Interest | K | T | | | | | |
| 38. -Port St. Lucie Fl U/Rev Rev NPFG B/E /R/ | B | Interest | | | Sold | 02/14/14 | K | A | |
| 39. -Hamilton Cnty Oh SWR Sys Imp Rev 06A NPFG B/E /R/ | A | Interest | | | Sold | 02/05/14 | K | A | |
| 40. -Maryland St. Sr A BE/R/ | B | Interest | K | T | Sold (part) | 02/05/14 | K | A | |
| 41. Brokerage acct 3 (Fid/Breck) | | | | | | | | | |
| 42. -Arizona St Transn Brd Hwy Rev Bds Ser | B | Interest | K | T | Sold (part) | 02/05/14 | K | A | |
| 43. -Collin Cnty Tex Ultd Tax Rd and Ref Bds | A | Interest | K | T | Sold (part) | 02/05/14 | K | A | |
| 44. -Honolulu Hawaii City & Cnty Wastewtr Sys | A | Interest | K | T | Sold (part) | 02/05/14 | K | A | |
| 45. -Elk Grove Village GO Bds Ser | A | Interest | K | T | Sold (part) | 02/05/14 | K | A | |
| 46. -King Cnty Wash Swr Rev | A | Interest | K | T | Sold (part) | 02/05/14 | K | A | |
| 47. -Naperville ILL GO Ref BDS Ser | A | | K | T | Sold (part) | 02/05/14 | K | A | |
| 48. -Ohio State Infrastr Impt GO Rev | A | Interest | L | T | Sold (part) | 02/05/14 | K | A | |
| 49. -Ohio St Univ Gen Rcpts | B | Interest | L | T | Sold (part) | 02/05/14 | K | A | |
| 50. -Orange Cnty Fla Sales Tax Rev | A | Interest | L | T | Sold (part) | 02/05/14 | K | A | |
| 51. -Redmond Wash Ref Bds Ser | A | Interest | K | T | Sold (part) | 02/05/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Tempe Ariz GO Bds Ser | A | Interest | K | T | Sold (part) | 02/05/14 | K | A | |
| 53. -Texas St Univ Sys Fing Rev | A | Interest | K | T | Sold (part) | 02/05/14 | K | A | |
| 54. -Washington St Motor Vhcle Fuel Tax GO | A | Interest | K | T | Sold (part) | 02/05/14 | K | A | |
| 55. -Winnebago Cnty Ill Go Alt Ref BDS | A | Interest | K | T | Sold (part) | 02/05/14 | K | A | |
| 56. -Will Grundy Etc Cnty' Ill Cmnty 06/01/2018 Colleg | B | | | | Buy | 02/13/14 | K | | |
| 57. Rollover IRA/Roth SF (UBS-83/Fid-868/24 | E | Int./Div. | M | T | | | | | |
| 58. -CVS Corp Bond 9/15/14 | | | | | Redeemed | 09/15/14 | K | | |
| 59. -Goldman Sachs Group Inc Bond 1/15/15 | | | | | | | | | |
| 60. -Anheuser Busch Co. Bond 2/1/15 | | | | | | | | | |
| 61. -Cisco Systems Inc Bond 2/22/16 | | | | | | | | | |
| 62. -Metlife Inc NTS 05.000% 061515 Drd062305 FC 121505 call@M/W | | | | | | | | | |
| 63. -TimeWarner Cable Inc 05.850% 050117 Dtd040907 FC110107 call | | | | | Sold | 02/18/14 | K | | |
| 64. -VTI (Vanguard Index Total Stk Mkt ETF) | | | | | Sold | 02/14/14 | L | | |
| 65. Rollover IRA SF 2 (UBS-84/Fid Multiple) | E | Int./Div. | O | T | | | | | |
| 66. -IWM (Ishares Trust Russell 2000 Index Fd) | | | | | Sold | 02/14/14 | L | | |
| 67. -IWD (Ishares Trust Russell 1000 Value Index Fd) | | | | | Sold | 02/14/14 | J | | |
| 68. -IWF (Ishares Trust Russell 1000 Growth Index Fd) | | | | | Sold | 02/14/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -IWR (Ishares Trust Russell Midcap Index Fd) | | | | | Sold | 02/14/14 | L | | |
| 70. -VWO (Vanguard Intl Equity Index Fd Emerging Markets ETF) | | | | | Sold | 02/14/14 | K | | |
| 71. -VEU (Vanguard Intl Equity Index Fd Inc FSTE All-World EX-US | | | | | Sold | 02/14/14 | L | | |
| 72. -TIP (Ishares Tips Bond ETF) | | | | | Buy | 02/14/14 | K | | |
| 73. | | | | | Buy (add'l) | 02/19/14 | L | | |
| 74. -VXUS (Vanguard Star FD Total Intl Stock Index ETF) | | | | | Buy | 02/14/14 | L | | |
| 75. | | | | | Buy (add'l) | 02/19/14 | L | | |
| 76. | | | | | Buy (add'l) | 02/26/14 | L | | |
| 77. | | | | | Buy (add'l) | 03/03/14 | K | | |
| 78. -AGG (Ishares Core Total US Bond ETF) | | | | | Buy | 02/14/14 | K | | |
| 79. -VTI (Vanguard Total Stock Mkt ETF) | | | | | Buy | 02/14/14 | K | | |
| 80. | | | | | Buy (add'l) | 02/26/14 | L | | |
| 81. | | | | | Buy (add'l) | 02/27/14 | L | | |
| 82. | | | | | Buy (add'l) | 03/03/14 | K | | |
| 83. | | | | | Buy (add'l) | 03/05/14 | K | | |
| 84. | | | | | Buy (add'l) | 03/07/14 | K | | |
| 85. IRA Rollover Acct KS (Fidelity) | D | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -U.S. Treas Nts TIPS 4/15/2014 | | | | | Redeemed | 04/15/14 | K | | |
| 87.  -OPGSX (Oppenheimer Gold & Spec Minerals Cl A) | | | | | | | | | |
| 88.  -PRPFX (Permanent Portfolio) | | | | | Sold | 02/13/14 | K | | |
| 89.  -TIP (Ishares Barclays TIP Secs Fd) | | | | | Sold | 02/13/14 | J | | |
| 90.  -WASAX (Ivy Asset Strategy Cl A) | | | | | Sold | 02/13/14 | K | | |
| 91.  Roth IRA Accts KS (Fidelity) | A | Int./Div. | L | T | | | | | |
| 92.  -FDRXX (Fidelity Cash Reserves) | | | | | | | | | |
| 93.  -SPHIX (Fidelity High Income) | | | | | | | | | |
| 94.  -CUT (Claymore Exch Traded Fd Tr Global Bimber) | | | | | Sold | 02/14/14 | J | | |
| 95.  -DBV (Powershares DB G10 Currency Harvest Com Ut Ben Int) | | | | | Sold | 02/14/14 | J | | |
| 96.  -DBC (Powershares DB Commod. Index Tracking FD Unit Ben Int) | | | | | Sold | 02/14/14 | J | | |
| 97.  -VTI (Vanguard Index Total Stk Mkt ETF) | | | | | Sold | 02/14/14 | K | | |
| 98.  -AGG (Ishares Core U.S. Aggregate Bond ETF) | | | | | Buy | 02/14/14 | L | | |
| 99. | | | | | Buy (add'l) | 02/20/14 | K | | |
| 100.  Roth IRA SF 1 (Fidelity) | A | Int./Div. | K | T | | | | | |
| 101.  -FDRXX (Fidelity Cash Reserves) | | | | | | | | | |
| 102.  -Abbvie Inc | | | | | Buy | 03/05/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Health Savings Account IRA | A | Int./Div. | K | T | | | | | |
| 104. -VEU (Vanguard FTSE AllWorld Ex US ETF) | | | | | Sold | 03/04/14 | J | | |
| 105. -VFINX (Vanguard 500 Index Fund Investor Shares) | | | | | Sold | 03/04/14 | K | | |
| 106. -VXUS (Vanguard Total Intl ETF) | | | | | Buy | 03/07/14 | K | | |
| 107. -VTI (Vanguard Total Stock Market ETF) | | | | | Buy | 03/07/14 | K | | |
| 108. -Federated Prime Cash Trust | | | | | | | | | |
| 109. College Invest Stable Value Plus (MetLife) 529 Plan for DS | A | Int./Div. | L | T | | | | | |
| 110. Utah 529 Plan for DS (Option 9) | B | Int./Div. | | | Distributed | 07/01/14 | J | | |
| 111. Illinois Bright Start 529 for MS (Index Age Based 12-14 Yrs) | C | Int./Div. | L | T | | | | | |
| 112. Illinois Bright Start 529 for MS (Index Equity) | C | Int./Div. | J | T | | | | | |
| 113. Utah 529 Plan MS (Option 9) | B | Int./Div. | L | T | | | | | |
| 114. Fidelity 529 Plan MS (MA Portfolio 2015) | A | Int./Div. | J | T | | | | | |
| 115. Illinois College bonds | A | Interest | | | Redeemed | 08/01/14 | J | | |
| 116. Brokerage Acct DS | | | | | | | | | |
| 117. -FTEXX (Fidelity Municipal Money Market) | A | Interest | J | T | | | | | |
| 118. -VTI (Vanguard Index Fds Vanguard Total Stk Mkt ETF) | A | Dividend | J | T | | | | | |
| 119. Brokerage Acct MS | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -FTEXX (Fidelity Municipal Money Market) | A | Interest | J | T | | | | | |
| 121.  -VTI (Vanguard Index Fds Vanguard Total Stk Mkt ETF) | A | Dividend | J | T | | | | | |
| 122.  -Charles Schwab Bank | | | | | | | | | |
| 123.  Roth IRA DS (Custodian Acct) | A | Int./Div. | J | T | | | | | |
| 124.  -Charles Schwab Bank | | | | | | | | | |
| 125.  -Vanguard Total Stock Mtk ETF (VTI) | | | | | Buy | 03/11/14 | J | | |
| 126.  -Ishares Core US Aggreg Bond (AGG) | | | | | Buy | 03/07/14 | J | | |
| 127.  Chase Bank checking - DS | A | Interest | J | T | | | | | |
| 128.  Chase Bank saving - MS | A | Interest | J | T | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 08/10/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) ▮▮▮▮▮ ceased being a dependent in 2014 so ▮▮ accounts/assets have been removed (lines 152-155, 163-166, and 169 of the 2013 report)

2) I have removed a municipal bond (Triborough Brdg & Tunl Auth) from the asset listing in this report. While it was listed in the 2013 financial report (line 62) based on a purchase on 1/11/2013, when I reearched to see the disposition of this bond for the 2014 report, I learned that this purchase was cancelled shortly after it was made (by the entity that was then managing the account). In other words, I never owned this municipal bond.

3) I have removed PGMAX (Pimco Global Multi-Asset Fund Class A) from the asset listing in this report. In the financial report for 2012, I indicated on line 82 that this security was sold in part but I have since learned that it was sold entirely so should not have been carried over after 2012.

4) I have removed EWG (Ishares MSCI Germany) from the asset listing in this report. In the financial report for 2011, I indicated on line 186 that the security was sold in part but I have since learned that it was sold entirely so should not have been carried over after 2011.

5) I have removed EWJ (Ishares MSCI Japan) from the asset listing in this report. In the financial report for 2011, I indicated on line 191 that I had bought addl EWJ on 9/23/2011. I have since learned that this is incorrect. The transaction on 9/23/2011 was a sale of all EWJ. Therefore, EWJ should not have been carried over after 2011.

6) I have removed SPHIX (Fidelity High Income) from the asset listing in this report. In the financial report for 2013, I indicated on line 116 that I held this asset at year end. I was unable to find it in 2014 and contacted Fidelity to track this asset. It had been transferred to a different account and was sold on 11/22/2013.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sheila M. Finnegan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544